**MODIFY and AFFIRM; Opinion issued November 28, 2012.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-00284-CR

---

### ROLONDRIA D'ANN SHARP, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F10-61570-Y**

---

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion by Justice O'Neill

Rolondria D'Ann Sharp waived a jury and pleaded not guilty to injury to an invalid. *See* TEX. PENAL CODE ANN. § 22.04(a) (West 2011). After finding appellant guilty, the trial court assessed punishment at two years' imprisonment, probated for two years. In a single issue, appellant contends the judgment should be modified to show there was no plea bargain agreement. The State agrees the judgment should be modified. We modify the trial court's judgment and affirm as modified. The background of the case and the evidence admitted at trial are well known to the parties, and we therefore limit recitation of the facts. We issue this memorandum opinion pursuant to Texas Rule of Appellate Procedure 47.4 because the law to be applied in the case is well settled.

The record shows appellant pleaded not guilty to the charge in the indictment. The judgment, however, states terms of a plea bargain were "2 Years TDC/probated for 2 Years." Thus, the judgment is incorrect. We sustain appellant's sole issue. We modify the judgment to show there were no terms of a plea bargain. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment.


MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

120284F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROLONDRIA D'ANN SHARP,
Appellant

No. 05-12-00284-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 7 of Dallas County, Texas (Tr.Ct.No.
F10-61570-Y).
Opinion delivered by Justice O'Neill,
Justices Bridges and Murphy participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Terms of Plea Bargain" is modified to show "None."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered November 28, 2012.

MICHAEL J. O'NEILL
JUSTICE